IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 25 2006

... ... .. .. LANGHAM
CLERK

Civil Action No. 06-cv-00514-BNB

TRACY WILLIAMSON,

    Plaintiff,

v.

RONALD HELM, # 05077, and
BILL HUNTER, # 73117,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On May 23, 2006, Plaintiff filed a "Motion to Waive fee." In the Motion, Plaintiff requests that the Court waive his $53.00 initial filing fee. The Motion is DENIED. The initial filing fee is determined pursuant to 28 U.S.C. § 1915. The fee is based on funds currently available in Plaintiff's inmate account not on Plaintiff's future financial status.

As for Plaintiff's request that the action be continued until his release date, the request is DENIED.

Dated: May 25, 2006

Copies of this **Minute Order** were mailed on May 25, 2006, to the following:

Tracy Williamson
Reg. No. 1476933
Denver County Jail
P.O. Box 1108
Denver, CO 80201

                Secretary/Deputy Clerk